No. 1538. BARTH *v.* CITY OF LOUISVILLE ET AL. Ct. App. Ky. Certiorari denied.

No. 1542. CANTOR ET UX. *v.* ZONING BOARD OF ADJUSTMENT OF THE TOWNSHIP OF MADISON ET AL. Super. Ct. N. J. Certiorari denied.

No. 1543. IROQUOIS INDUSTRIES, INC. *v.* SYRACUSE CHINA CORP. ET AL. C. A. 2d Cir. Certiorari denied.